Sean J. **GOINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97154.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 22, 2012.

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, John M. Reeves, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Sean J. Goins appeals from the judgment denying his Rule 24.035[1] motion.

We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Rule 84.16(b).

---

1. All rule references are to Mo. R. Civ. P.2011, unless otherwise indicated.